

Laura Davis Jones                    May 27, 2008                    ljones@pszjlaw.com
                                                                     302.778.6401

**BY HAND**

The Honorable Joseph J. Farnan, Jr.
United States District Judge
United States District Court
844 North King Street
Wilmington, DE 19801

Re:   **ACandS, Inc., Bankruptcy Case No. 02-12687 (JKF)**
      **Affirmance of Confirmation Order for Second Plan**

Dear Judge Farnan:

Pachulski Stang Ziehl & Jones LLP is counsel to ACandS, Inc. (the "Debtor"), the debtor and debtor in possession in the above-referenced bankruptcy case. On May 6, 2008, the Honorable Judith K. Fitzgerald held a hearing (the "Confirmation Hearing") to consider confirmation of the Second Plan of ACandS, Inc. Under Chapter 11 of the United States Bankruptcy Code (the "Plan"). At the conclusion of the Confirmation Hearing, Judge Fitzgerald stated that she would: (i) enter findings of fact and conclusions of law in support of confirmation of the Plan (the "Findings and Conclusions"); and (ii) enter an order confirming the Plan (the "Confirmation Order"). The Findings and Conclusions and the Confirmation Order were signed and docketed by the Bankruptcy Court on May 8, 2008.

Judge Fitzgerald instructed counsel for the Debtor to prepare a letter addressed to Your Honor setting forth the material pleadings related to the Plan and Confirmation Order (the "Plan Documents"), and to provide copies of the Plan Documents to the Court for use in connection with its consideration of entry of an order affirming the Plan and Confirmation Order. The Plan Documents, and their respective locations in the binders submitted herewith, are:





PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

The Honorable Joseph J. Farnan, Jr.
Page 2

| Title and Docket Number of Pleading | Location |
|---|---|
| [Signed] Order Confirming ACandS's Second Plan of Reorganization Dated November 19, 2007 [Docket No. 3309] (i.e. the Confirmation Order) | Binder 1 Tab 1 |
| [Signed] Findings of Fact and Conclusions of Law Regarding Confirmation of ACandS's Second Plan of Reorganization Dated November 19, 2007, as Modified [Docket No. 3310] (i.e. the Findings and Conclusions) | Binder 1 Tab 2 |
| Transcript of Confirmation Hearing [Docket No. 3314] (the "Transcript") | Binder 1 Tab 3 |
| Second Plan of Reorganization of ACandS, Inc., Under Chapter 11 of the United States Bankruptcy Code [Docket No. 3109] (i.e. the Plan) | Binder 1 Tab 4 |
| Exhibit 1 to Plan – List of Asbestos Insurance Policies | Binder 1 Tab 4A |
| Exhibit 2 to Plan – List of Asbestos Insurance Settlement Agreements | Binder 1 Tab 4B |
| Exhibit 3 to Plan – Irex Settlement Agreement and Exhibits Thereto | Binder 1 Tab 4C |
| Exhibit 4 to Plan – Settlement and Buyback Agreement | Binder 1 Tab 4D |
| Exhibit 5 to Plan – ACandS Asbestos Settlement Trust Agreement and Annexes thereto | Binder 1 Tab 4E |
| Exhibit 6 to Plan – List of Executory Contracts and Unexpired Leases to be Rejected by the Debtor | Binder 2 Tab 4F |
| Exhibit 7 to Plan – Restated Certificate of Incorporation of Reorganized Debtor | Binder 2 Tab 4G |
| Exhibit 8 to Plan – Bylaws of Reorganized Debtor | Binder 2 Tab 4H |


PACHULSKI
STANG
ZIEHL
& JONES

LAW OFFICES

The Honorable Joseph J. Farnan, Jr.
Page 3

| | | |
|---|---|---|
| Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code Relating to ACandS's Second Plan of Reorganization Dated November 19, 2007 [Docket No. 3107] (the "Disclosure Statement") | | Binder 2 Tab 5 |
| | Exhibit A to Disclosure Statement (which is the Plan and all exhibits thereto)<br><br>See Binder 1, Tabs 4 and 4A – 4H referenced above | Binder 2 Tab 5A<br><br>(slip pg.) |
| | Exhibit B to Disclosure Statement – Resume of Lawrence Fitzpatrick, the Legal Representative | Binder 2 Tab 5B |
| | Exhibit C to Disclosure Statement –Resume of James E. Hipolit, proposed Director and Officer of Reorganized Debtor | Binder 2 Tab 5C |
| | Exhibit D to Disclosure Statement – Chart Regarding Pending Non-Asbestos Litigation | Binder 2 Tab 5D |
| | Exhibit E to Disclosure Statement – Liquidation Analysis | Binder 2 Tab 5E |
| | Exhibit F to Disclosure Statement –Financial Projections | Binder 2 Tab 5F |
| | Exhibit G to Disclosure Statement –Financial Statements of ACandS Audited for the Year Ended December 31, 2006 | Binder 2 Tab 5G |
| | Exhibit H to Disclosure Statement – Release and Settlement Agreement | Binder 2 Tab 5H |
| Certification of Counsel Concerning No Objections to Approval of Settlement With Claimants Represented by Byrd & Associates, PLLC and Deadline for Objections or Responses Thereto [Docket No. 3324][*] | | Binder 2 Tab 6 |

PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

The Honorable Joseph J. Farnan, Jr.
Page 4

| | |
|---|---|
| Notice of Approval of Settlement With Claimants Represented by Byrd & Associates, PLLC and Deadline for Objections or Responses Thereto [Docket No. 3311]* | Binder 2 Tab 7 |
| [Signed] Order Approving Stipulation By and Among Plan Proponents and Owens-Illinois, Inc. [Docket No. 3304]* | Binder 2 Tab 8 |
| [Signed] Order Granting Debtor's Motion to Shorten Time of Notice Period and to Approve Form and Manner Thereof [Docket No. 3293]* | Binder 2 Tab 9 |
| Debtor's Motion to Shorten Time of Notice Period and to Approve Form and Manner Thereof [Docket No. 3292]* | Binder 2 Tab 10 |
| Debtor's Motion For Approval of Settlement With Claimants Represented By Byrd & Associates, PLLC [Docket No. 3291]* | Binder 2 Tab 11 |
| Joinder of the Official Committee of Asbestos Personal Injury Claimants in Support of Confirmation [Docket No. 3284] (the "Committee Joinder") | Binder 2 Tab 12 |
| Declaration of James Hipolit in Support of Confirmation of ACandS's Second Plan of Reorganization Dated November 19, 2007 [Docket No. 3282] (the "Hipolit Declaration") | Binder 2 Tab 13 |
| Memorandum of Law in Support of Confirmation of ACandS's Second Plan of Reorganization Dated November 19, 2007 and Response to Objections to Confirmation of Plan [Docket No. 3281] (the "Confirmation Memorandum") | Binder 3 Tab 14 |
| Declaration of Jeffrey S. Stein of the City Group, Inc. Certifying the Methodology for the Tabulation of Votes and Results of Voting With Respect to the Second Plan | Binder 3 Tab 15 |

---

* All pleadings designated with an asterisk concern objections to confirmation of the Plan. As set forth below, all confirmation objections were resolved either at the hearing by the Bankruptcy Court, or by way of stipulation among the parties approved by the Court.

00361-001\DOCS_DE:137335.4

PACHULSKI

STANG

ZIEHL

JONES

LAW OFFICES

The Honorable Joseph J. Farnan, Jr.
Page 5

| | |
|---|---|
| of Reorganization of ACandS, Inc. [Docket No. 3280] (the "Stein Voting Declaration") | |
| Affidavit of Lawrence Fitzpatrick in Support of Confirmation of the Second Plan of Reorganization of ACandS, Inc. Under Chapter 11 of the Bankruptcy Code, Dated November 19, 2007 [Docket No. 3279] (the "Fitzpatrick Affidavit") | Binder 3 Tab 16 |
| Notice of Change of Hearing Date [Docket No. 3247] | Binder 3 Tab 17 |
| Byrd & Associates' Objection to Debtor's Second Plan of Reorganization [Docket No. 3241]* | Binder 3 Tab 18 |
| Affidavits of Publication for Publication Notice and Asbestos Publication Notice [Docket No. 3237] | Binder 3 Tab 19 |
| Owens-Illinois, Inc.'s Amended Objection to the Second Plan of Reorganization [Docket No. 3228]* | Binder 3 Tab 20 |
| Owens-Illinois, Inc.'s Objection to the Second Plan of Reorganization [Docket No. 3225]* | Binder 4 Tab 21 |
| Objection and Response of the United States Trustee to the Amended Second Plan of Reorganization of ACandS, Inc. Under Chapter 11 of the United States Bankruptcy Code [Docket No. 3184]* | Binder 4 Tab 22 |
| Owens-Illinois, Inc.'s Preliminary Objection to the Second Plan of Reorganization [Docket No. 3173]* | Binder 4 Tab 23 |
| [Signed] Order (I) Approving the Adequacy of the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code Relating to ACandS's Second Plan of Reorganization; (II) Scheduling a Confirmation Hearing for the Second Plan of Reorganization of ACandS, Inc. Under Chapter 11 of the United States Bankruptcy Code; (III) Establishing Voting Procedures; (IV) Approving Forms of Ballots, Notices and Manner of Notice; and (V) Establishing Certain Deadlines Related to Voting and Confirmation Hearing [Docket No. 3116] (the "Voting Procedures Order") | Binder 4 Tab 24 |

PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

The Honorable Joseph J. Farnan, Jr.
Page 6

| | |
|---|---|
| Debtor's Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code Relating to ACandS's Second Plan of Reorganization Dated November 19, 2007; (II) Scheduling a Hearing to Confirm the Second Plan of Reorganization of ACandS, Inc. Under Chapter 11 of the United States Bankruptcy Code; (III) Establishing Deadlines for Filing Objections to Confirmation of the Debtor's Second Plan of Reorganization; and (IV) Approving Voting Procedures, Deadlines Related Thereto, Forms of Ballots, and Manner of Notice [Docket No. 3048] (the "Voting Procedures Motion") | Binder 4 Tab 25 |
| [Signed] Order Approving Settlement and Buyback Agreement Among the Debtor, Travelers, and Certain Other Parties [Docket No. 2923] (the "Order Approving Settlement and Buyback Agreement") | Binder 4 Tab 26 |
| Debtor's Motion for Approval of Settlement and Buyback Agreement Among Travelers, ACandS Parties, and Certain Other Parties [Docket No. 2864] [Docket No. 2864] (the "Motion for Approval of Settlement and Buyback Agreement") | Binder 5 Tab 27 |

All of the objections to confirmation of the Plan, which are set forth in the Plan Documents referenced above, were either resolved by the Bankruptcy Court at the Confirmation Hearing, or consensually by the parties prior to the Confirmation Hearing and approved by the Bankruptcy Court.

The Debtor respectfully requests that the District Court enter an order affirming the Plan and Confirmation Order. The undersigned counsel is available to provide any additional information which Your Honor may request in connection with

00361-001\DOCS_DE.137335.4

The Honorable Joseph J. Farnan, Jr.
Page 7

Your consideration of this matter.

Respectfully submitted,

Laura Davis Jones

LDJ

Enclosures

cc: The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge
  (w/o Enclosures, by Overnight Mail and E-mail)

Richard L. Schepacarter, Esquire
Office of the United States Trustee
  (w/o Enclosures, by Facsimile)

Elihu Inselbuch, Esquire
Peter Van N. Lockwood, Esquire
Philip E. Milch, Esquire
Marla R. Eskin, Esquire
Aileen F. Maguire, Esquire
Dillian Davis, Esquire
Counsel to the Committee
  (w/o Enclosures, by Facsimile)

James L. Patton, Jr., Esquire
Edwin J. Harron, Esquire
Erin Edwards, Esquire
Sharon M. Zieg, Esquire
Counsel to Legal Representative to Future Claimants
  (w/o Enclosures, by Facsimile)

Richard Epling, Esquire
Herbert W. Mondros, Esquire
Counsel for Irex Corp.
  (w/o Enclosures, by Facsimile)

PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

The Honorable Joseph J. Farnan, Jr.
Page 8

    Barry R. Ostrager, Esquire
    Mary Beth Forshaw, Esquire
    Bryce Friedman, Esquire
    Robert J. Dehney, Esquire
    Counsel to Travelers
        (w/o Enclosures, by Facsimile)

    Joe E. Marshall, Esquire
    Counsel for the Trustee
        (w/o Enclosures, by Facsimile)

    Sandra E. Mayerson, Esquire
    Barbara R. Parlin, Esquire
    Stephen W. Spence, Esquire
    Robert S. Goldman, Esquire
    Counsel for Byrd & Associates, PLLC
        (w/o Enclosures, by Facsimile)

    William F. Taylor, Jr., Esquire
    Katharine L. Mayer, Esquire
    Counsel for Owens-Illinois, Inc.
        (w/o Enclosures, by Facsimile)