Laura Davis Jones     June 18, 2008     ljones@pszjlaw.com
                                         302.778.6401



**HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Judge
United States District Court
844 North King Street
Wilmington, DE 19801

RE:   **ACandS, Inc., Bankruptcy Case No. 02-12687 (JKF)**
      **Proposed Order Affirming Confirmation Order and**
      **Issuing Injunction**

Dear Judge Farnan:

   Pachulski Stang Ziehl & Jones LLP is counsel to ACandS, Inc., the debtor and debtor in possession (the "Debtor") in the above-referenced bankruptcy case. I am writing to you in connection with Your Honor's review of the order (the "Confirmation Order") entered by the Bankruptcy Court, pursuant to which the *Second Plan of ACandS, Inc. Under Chapter 11 of the United States Bankruptcy Code* (the "Plan") was confirmed. To facilitate the District Court's review of this matter, the Debtor forwarded the Confirmation Order, the Plan, and all related documents filed with the Bankruptcy Court (the "Confirmation Documents"), to Chambers on May 18, 2008.

   The Confirmation Documents, however, did not include a proposed order for the District Court affirming the Confirmation Order. Attached hereto as <u>Exhibit 1</u> is a proposed *Order Affirming Confirmation Order and Issuing Injunctions* (the "Affirmance Order"). The form of the Affirmance Order has been approved by the Debtor, the Official Committee of Asbestos Personal Injury Claimants, and Lawrence Fitzpatrick, the legal representative for future claimants. The Debtor respectfully requests that the Court

PACHULSKI
  STANG
    ZIEHL
      JONES

LAW OFFICES

enter the Affirmance Order at its earliest convenience, should the Court rule that confirmation of the Plan is appropriate and that the Confirmation Order should be affirmed.

The undersigned counsel is available to address any questions or concerns about this matter that the District Court may have, or to make any changes to the Affirmance Order that Your Honor deems necessary. Thank you for Your consideration of this matter.

Respectfully submitted,

*Laura Davis Jones*

Laura Davis Jones

LDJ

Encl.

cc: The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge
    (w/o Enclosures, by Overnight Mail and E-mail)

Richard L. Schepacarter, Esquire
Office of the United States Trustee
    (w/o Enclosures, by Facsimile)

Elihu Inselbuch, Esquire
Peter Van N. Lockwood, Esquire
Philip E. Milch, Esquire
Marla R. Eskin, Esquire
Aileen F. Maguire, Esquire
Dillian Davis, Esquire
Counsel to the Committee
    (w/o Enclosures, by Facsimile)

James L. Patton, Jr., Esquire
Edwin J. Harron, Esquire
Erin Edwards, Esquire
Sharon M. Zieg, Esquire
Counsel to Legal Representative to Future Claimants
    (w/o Enclosures, by Facsimile)



Richard Epling, Esquire
Herbert W. Mondros, Esquire
Counsel for Irex Corp.
    (w/o Enclosures, by Facsimile)

Barry R. Ostrager, Esquire
Mary Beth Forshaw, Esquire
Bryce Friedman, Esquire
Robert J. Dehney, Esquire
Counsel to Travelers
    (w/o Enclosures, by Facsimile)

Joe E. Marshall, Esquire
Counsel for the Trustee
    (w/o Enclosures, by Facsimile)

Sandra E. Mayerson, Esquire
Barbara R. Parlin, Esquire
Stephen W. Spence, Esquire
Robert S. Goldman, Esquire
Counsel for Byrd & Associates, PLLC
    (w/o Enclosures, by Facsimile)

William F. Taylor, Jr., Esquire
Katharine L. Mayer, Esquire
Counsel for Owens-Illinois, Inc.
    (w/o Enclosures, by Facsimile)