IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Misc. Case No. 08-119 |
| | ) | |
| ACandS, Inc., | ) | Bankr. Case No. 02-12687 (JKF) |
| | ) | |
| | ) | Chapter 11 |
| Debtor | ) | |

**ORDER AFFIRMING CONFIRMATION ORDER
AND ISSUING INJUNCTIONS**

This matter comes before this Court following entry of the *Order Confirming ACandS's Second Plan of Reorganization Dated November 19, 2007* (the "Confirmation Order") by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Upon consideration of the Confirmation Order and related pleadings and exhibits transmitted therewith by the Bankruptcy Court; and notice of entry of the Confirmation Order and opportunity for a hearing having properly been given; it is hereby

ORDERED, that the Confirmation Order is hereby AFFIRMED, including, but not limited to, the Section 524(g) Injunction found in Section 10.4(a) of the Plan; and it is further

ORDERED, that the Section 524(g) Injunction is hereby issued or, to the extent issued by the Bankruptcy Court, affirmed; and it is further

ORDERED, that this Order shall be docketed in both this Court and the Bankruptcy Court; and it is further

00361-001\DOCS_LA:184223.1

ORDERED, that the Debtor is directed to immediately serve this Order upon the parties listed on the 2002 Notice List, and those parties who entered an appearance at the Confirmation Hearing, and the Debtor is further directed to publish a copy of this Order once it has become final and effective.

ENTERED, ISSUED, AND AFFIRMED on this 27 day of June, 2008.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court Judge