IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Misc. Case No. 08-119 |
| | ) | |
| ACandS, Inc., | ) | Bankr. Case No. 02-12687 (JKF) |
| | ) | |
| | ) | Chapter 11 |
| Debtor | ) | |

## AFFIDAVIT OF SERVICE

Michele Santore, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP and that on the 1st day of July 2008 she caused a copy of the following document to be served upon the following service lists in the manner indicated:

**[Signed] Order Affirming Confirmation Order and Issuing Injunctions**

_Michele Santore_
Michele Santore

Sworn to and subscribed before
me this 1st day of July 2008

_Notary signature_
Notary Public
My Commission Expires: 11/4/07

MARY E. CORCORAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 4, 2009

00361-001\DOCS_DE:137716.15

ACandS Supplemental Service List for
Order on Plan Confirmation
Case No. 02-12687
Document No. 138509
02 – Hand Delivery


**Hand Delivery**
(Counsel for Owens-Illinois, Inc.)
Katharine Mayer, Esquire
Daniel M. Silver, Esquire
McCarter & English, LLP
405 North King Street, 8th Floor
P.O. Box 111
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Fire Fund Insurance)
James S. Yoder, Esquire
White and Williams LLP
824 North Market Street, Suite 902
Wilmington, DE  19801

**ACandS, Inc. 2002 Service List**
Case No. 02-12687 (JKF)
Client No. 00361.001
Document No. 87422
11 – Hand Delivery
59 – First Class Mail

(Counsel for ACandS, Inc.)
Laura Davis Jones, Esquire
Curtis Hehn, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Parcels)
Vito I. DiMaio
Parcels, Inc.
917 King Street
Wilmington, DE 19801

*Hand Delivery*
(Office of the United States Trustee)
Richard Shepacarter, Esquire
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801

*Hand Delivery*
(Co-Counsel for Irex Corporation)
Rosenthal, Monhait, Gross & Goddess, P.A.
Kevin Gross, Esquire
Herbert W. Mondros, Esquire
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

*Hand Delivery*
(Counsel for Travelers Casualty,
Surety Co. and the Travelers Indemnity Co.)
Robert J. Dehney, Esquire
Michael G. Busenkell, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*Hand Delivery*
(Counsel for Dan Lain, Trustee for ACandS
Collateral Trust)
Steven K. Kortanek, Esquire
Klehr Harrison Harvey
Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

*Hand Delivery*
(Counsel to the Official Committee of
Asbestos P.I. Claimants)
Campbell & Levine, LLC
Marla Eskin, Esquire
Mark Hurford, Esquire
800 North King Street, Suite 300, 3rd Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Future Claimants Rep)
James L. Patton, Esquire
Edwin J. Harron, Esquire
Sharon M. Zieg, Esquire
Erin Edwards, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

*Hand Delivery*
(Local Counsel to Anthony DeFabbo
and Michael Pope)
William J. Marsden, Jr., Esquire
Fish & Richardson P.C.
919 North Market Street
Suite 1100
Wilmington, DE  19801

*Hand Delivery*
(Local Counsel to Joseph F. Rice and
Motley Rice LLC)
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

*Hand Delivery*
(Counsel to Gilbert Heintz & Randolph)
Mark D. Collins, Esquire
Richard Layton & Finger
One Rodney Square North
P.O. Box 551
Wilmington, DE  19899

*Hand Delivery*
(Co-Counsel to Byrd & Associates, PLLC)
Stephen W. Spence, Esquire
Robert S. Goldman, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

*First Class Mail*
(Attorney for the United States)
Lindsey W. Cooper, Jr., Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC  20004

*First Class Mail*
(Counsel for Specialty Products &
Insulation Co.)
Kirkpatrick & Lockhart Preston Gates Ellis,
LLP
Jeffrey N. Rich, Esquire
Mary Beth Forshaw, Esquire
599 Lexington Avenue
New York, NY  10022

*First Class Mail*
(Counsel for Certain Asbestos Claimants)
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street, $22^{d}$ Floor
Baltimore, MD  21201

*First Class Mail*
(Counsel for Asbestos Claimants)
Law Offices of Peter G. Angelos, P.C.
Attn. Paul M. Matheny, Esquire
5905 Harford Road
Baltimore, MD  21214

*First Class Mail*
James C. Crawford
3555 College Avenue
Alton, IL  62002

*First Class Mail*
(Committee of Asbestos Personal Injury
Claimants)
Cooney and Conway
Attn. John D. Cooney, Esq.
120 North LaSalle Street, 30th Floor
Chicago, IL  60602

*First Class Mail*
(Counsel for Certain Asbestos Claimants)
Byrd & Associates
427 Fortification Street
Jackson, MS  39202

*First Class Mail*
(Committee of Asbestos Personal Injury Claimants)
Kazan, McClain, Edises, Abrams, Fernandez, Lyons and Farrise
Attn: Steven Kazan, Esq.
171 Twelfth Street
Third Floor
Oakland, CA 94607

*First Class Mail*
(Counsel for Certain Asbestos Claimants)
Weitz & Luxenberg
Attn. Sanders McNew
180 Maiden Lane
17th Fl.
New York, NY 10078

*First Class Mail*
(Counsel for Certain Asbestos Claimants)
Michie, Hamlett, Lowery, Rasmussen & Tweed
500 Court Square, Suite 300
Charlottesville, VA 22902

*First Class Mail*
(Counsel for Certain Asbestos Claimants)
Motley Rice LLC
Joseph F. Rice
Nancy Worth Davis
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

*First Class Mail*
(Committee of Asbestos Personal Injury Claimants)
Provost & Umphrey
Attn: Bryan O. Blevins, Jr., Esquire
490 Park Street
Beaumont, TX 77704

*First Class Mail*
Attn: Michael Berman
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
Washington, DC 20549

*First Class Mail*
Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

*First Class Mail*
Securities & Exchange Comm.
New York Regional Office
Attn: Patricia Schrage
233 Broadway
New York, NY 10279

*First Class Mail*
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
(Counsel for Certain Asbestos Claimants)
Wilentz, Goldman & Spitzer
Attn: Deirdre Woulfe Pacheco, Esquire
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

*First Class Mail*
(Counsel for Certain Asbestos Claimants)
Brayton & Purcell
Attn. Alan R. Brayton, Esquire
222 Rush Landing Road
Novato, CA 94945

*First Class Mail*
(Claims Agent)
The Garden City Group, Inc.
Attn. Karen B. Shaer
105 Maxess Road
Melville, NY 11747

*First Class Mail*
(Counsel for Certain Asbestos Claimants)
Silber Pearlman, LLP
Attn. Steven T. Baron, Esquire
J. Todd Kale, Esquire
2711 N. Haskell Avenue
Fifth Floor, LB 32
Dallas, TX 75204

*First Class Mail*
(Committee of Asbestos Personal Injury Claimants)
Wise and Julian, P.C.,
Attn: Pamela Wise, Esquire
3555 College Ave.,
P.O. Box 1108
Alton, IL 62002

*First Class Mail*
(Committee of Asbestos Personal Injury Claimants)
Bergman, Senn, Pageler & Frockt
Attn: Matthew Bergman, Esquire
P.O. Box 2010
Vashon, WA 98070

*First Class Mail*
(Committee of Asbestos Personal Injury Claimants)
Leslie MacLean, Esquire
Waters and Kraus, LLP
3219 McKinney Ave., Suite 3000
Dallas, TX 75204

*First Class Mail*
(Counsel for Dan Lain, Trustee for the ACandS Collateral Trust)
Joe E. Marshall, Esquire
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201

*First Class Mail*
Dan Lain, Trustee
Lain, Faulkner & Co., P.C.
400 North St. Paul Street, Suite 600
Dallas, TX 75201

*First Class Mail*
Sharon L. Royer
UC Tax Agent/Bankruptcy Representative
Commonwealth of Pennsylvania
Department of Labor and Industry
Harrisburg Bankruptcy & Compliance
333 Market St, Fl 16
Harrisburg, PA 17101

*First Class Mail*
(Counsel for Pension Benefit Guaranty Corporation)
Beth Bangert
Brent Fraim
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street N.W.
Washington, D.C. 20005-4026

*First Class Mail*
(Counsel for Fireman's Fund Insurance Company)
Jeffrey Kaufman, Esquire
Gerald F. Ellersdorfer, Esquire
Kaufman & Logan LLP
100 Spear Street, 12 Floor
San Francisco, CA 94111

*First Class Mail*
(Counsel for Missouri Department of Revenue)
Gary L. Barnhart, Esquire
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-7232

*First Class Mail*
Construction Laborers Trust
Funds for Southern California
Administrative Company, LLC
Attn: Warren K. Takeda
Acting Executive Director
4401 Santa Anita Avenue, Suite 201
El Monte, CA 91731-1605

*First Class Mail*
(Counsel for Qwest Corp. and Qwest Communications Corporation)
Matthew C. Barneck, Esquire
Richards, Brandt, Miller & Nelson
Key Bank Tower, Suite 700
50 South Main Street
P.O. Box 2465
Salt Lake City, UT 84110-2465

*First Class Mail*
(Counsel for Trustees of the National Asbestos Workers Medical and Pension Funds)
Charles W. Gilligan, Esquire
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, N.W.
Washington, DC 20016

*First Class Mail*
(Counsel for the Commonwealth of PA Department of Revenue)
Denise A. Kuhn
Senior Deputy Attorney General
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107

*First Class Mail*
(Counsel for the Estate of Charles Collins, Sr.)
Ms. Kimberly Collins
11420 Long Feather Court
Beltsville, MD 20705

*First Class Mail*
(Counsel for United Rental)
Thomas P. Chapman, Esquire
Law Offices of Scott B. Clendaniel
300 Windsor Street
P.O. Box 2138
Hartford, CT 06145-2138

*First Class Mail*
(Counsel to HWS Consulting Group)
John L. Horan
Cline, Williams, Wright, Johnson & Oldfather, L.L.P.
1900 U.S. Bank Bldg.
233 South 13th Street
Lincoln, NE 68508

*First Class Mail*
(Related to Futures Rep.)
Francine F. Rabinovitz
Hamilton, Rabinovitz & Alschuler, Inc.
26384 Carmel Rancho Lane
Suite 202
Carmel, CA 93923

*First Class Mail*
Tony Malley
Brent Coon & Associates
3550 Fannin
Beaumont, TX 77701

*First Class Mail*
(Counsel to Personal Injury Asbestos Claimants)
James E. Wimberley, Esquire
McPherson, Monk, Hughes, Bradley, Wimberley & Steels, L.L.P.
3120 Central Mall Drive
Port Arthur, TX 77642

*First Class Mail*
Warren H. Smith, Esquire
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1250
Dallas, TX 75201

*First Class Mail*
(Counsel for Claimant Ohio Bureau of Workers' Compensation)
Joseph T. Chapman, Esq.
Senior Assistant Attorney General
Collections Enforcement
150 East Gray Street, 21st Floor
Columbus, OH 43215

*First Class Mail*
(Counsel to Asbestos Creditors)
Scott W. Wert, Esquire
524 E. Lamar Blvd., Suite 200
Arlington, TX 76011

*First Class Mail*
(Counsel for Ancel Abadie and 410 additional claimants)
Julie A. Ardoin, Esquire
Ardoin Law Firm
2200 Veterans Memorial Boulevard, Suite 210
Kenner, LA 70062

*First Class Mail*
(Co-Counsel for Joseph Rice)
Attn: Samuel Issacharoff
NYU Law School
40 Washington Square South
New York, NY 10012

*First Class Mail*
(Counsel for Gilbert Heintz & Randolph LLP)
Michael S. Sundemeyer, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

*First Class Mail*
(Counsel to Anthony DeFabbo and Michael Pope)
Joseph O. Pope
Nicole Tuman, Esquire
Murtha Cullina LLP
CityPlace I, 185 Asylum Street
Hartford, Connecticut 06103-3469

*First Class Mail*
(Counsel to the Official Committee of Asbestos Claimants)
Caplin & Drysdale, Chartered
Attn. Peter Van N. Lockwood, Esquire
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
(Co-Counsel to Joseph F. Rice and Motley Rice LLC)
Sander L. Esserman
Robert T. Brousseau
Van J. Hooker
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689

*First Class Mail*
(Counsel for Travelers Casualty & Surety Insurance)
Bryce Friedman, Esquire
Katherine A. McLendon, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

*First Class Mail*
(Futures' Representative)
Lawrence Fitzpatrick
1009 Lennox Drive
Building 4, Suite 101
Lawrenceville, NJ 08648

*First Class Mail*
(Counsel to the Official Committee of Asbestos P.I. Claimants)
Campbell & Levine, LLC
Philip E. Milch
1700 Grant Building
Pittsburgh, PA 15219

*First Class Mail*
ACandS, Inc.
Attn: James Hipolit
Corporate Headquarters
120 North Lime Street
P.O. Box 1268
Lancaster, PA 17608

*First Class Mail*
)
Craig Litherland, Esquire
David B. Killalea, Esquire
Gilbert Heintz & Randolph LLP
1100 New York Avenue, NW,
Suite 700
Washington, DC 20005

*First Class Mail*
(Counsel for Irex Corp.)
Richard Epling, Esquire
David Crichlow, Esquire
Pillsbury Winthrop LLP
1540 Broadway, 19th Floor
New York, NY 10036

*First Class Mail*
(Counsel for Travelers Casualty & Surety Insurance)
Barry R. Ostrager, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

*First Class Mail*
(Co-Counsel to the Official Committee of Asbestos P.I. Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Charted
375 Park Avenue, 35th Floor
New York, NY 10152

*First Class Mail*
(Co-counsel to Byrd & Associates, PLLC)
Sandra E. Mayerson, Esquire
Barbra R. Parlin, Esquire
Holland & Knight LLP
195 Broadway
New York, NY 10007

*First Class Mail*
(Counsel for Personal Injury Claimants)
Hal Pitkow, Esquire
The Falls at Lambertville
351 South Main Street
Lambertville, NJ 08530